**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1621**

———————

RODRIGUEZ SAMUEL DA MATHA DE SANTANNA,

Plaintiff – Appellant,

v.

MARTIN O'MALLEY, Governor (first Representative of Maryland); GLENN IVEY, State's Attorney (first Public Prosecutor of PG County); BRIAN LOFTON, Commissioner (ID#5138),

Defendants – Appellees,

and

STATE OF MARYLAND, In care of Governor O'Malley,

Defendant.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:09-cv—01927-AW)

———————

Submitted: October 14, 2010      Decided: October 20, 2010

———————

Before MOTZ, KING, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Rodriguez Samuel Da Matha De Santana, Appellant Pro Se.  Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodriguez Samuel Da Matha De Santana appeals the district court's order granting the Defendants' motions to dismiss in this civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. De Matha De Santana v. O'Malley, No. 8:09-cv-01927-AW (D. Md. filed May 21, 2010 & entered May 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED